

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MAX GROSSMAN/CITY OF EL PASO,

Appellant/Cross-Appellee,

v.

CITY OF EL PASO/MAX GROSSMAN,

Appellee/Cross-Appellant.

§

§

§

§

§

§

§

No. 08-19-00272-CV

Appeal from the

384th District Court

of El Paso County, Texas

(TC# 2017-DCV2528)

**O R D E R**

The Court GRANTS the Appellant/Cross-Appellee's first motion for extension of time within which to file the reply/cross-appellee's brief until **February 18, 2020**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY/CROSS-APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Lisa Hobbs, the Appellant/Cross-Appellee's attorney, prepare the Appellant's reply/Cross-Appellee's brief and forward the same to this Court on or before February 18, 2020.

IT IS SO ORDERED this 10th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.